NONPRECEDENTIAL DISPOSITION
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted February 29, 2012
Decided March 2, 2012

**Before**

FRANK H. EASTERBROOK, *Chief Judge*

RICHARD A. POSNER, *Circuit Judge*

DIANE S. SYKES, *Circuit Judge*

No. 11-2541

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee,* | Appeal from the United States District Court for the Eastern District of Wisconsin. |
| *v.* | No. 06-CR-9 |
| MARVIN CLEMENTS, *Defendant-Appellant.* | Lynn Adelman, *District Judge.* |

**O R D E R**

Marvin Clements was convicted of being a felon in possession of a firearm, 18 U.S.C. §§ 922(g)(1), 924(a)(2), and sentenced to a term of 48 months' imprisonment. After his release, Clements was arrested again for violating the terms of his supervision. The district court found that Clements was in violation of his supervision, revoked his supervised release, and sentenced him to a term of nine months' imprisonment without any further supervised release. Clements filed a notice of appeal, and his appointed lawyer asserts that this appeal is frivolous and seeks to withdraw under *Anders v. California*, 386 U.S. 738, 744 (1967). Clements did not accept our invitation to address counsel's motion. *See* CIR. R. 51(b).

Bureau of Prisons records show that Clements was released on February 15, 2012. Because Clements has already completed his sentence and faces no collateral consequences

of the revocation of supervised release, this appeal can no longer provide him any relief. *See* *Spencer v. Kemna*, 523 U.S. 1, 7, 14 (1998); *United States v. Hardy*, 545 F.3d 280, 283–85 (4th Cir. 2008); *United States v. Mazzillo*, 373 F.3d 181, 182 (1st Cir. 2004). Accordingly, the appeal is DISMISSED as moot.